IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | |
|---|---|
| **DALE LASNESKI,** § | |
| § | |
| **Plaintiff,** § | |
| § | |
| v. § | **CIVIL ACTION NO. 9:13-cv-00077** |
| § | |
| **DOLGENCORP OF TEXAS,** § | |
| **DOLGENCORP, INC., D/B/A DOLLAR** § | |
| **GENERAL STORE,** § | |
| § | |
| **Defendants.** § | |

**PLAINTIFF AND DEFENDANT'S
AGREED STIPULATION OF DISMISSAL WITH PREJUDICE**

**TO THE HONORABLE RON CLARK:**

**COME NOW,** Defendant Dolgencorp of Texas, Inc. ("Defendant")[1] and Plaintiff Dale Lasneski ("Plaintiff") and file this agreed stipulation of dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Plaintiff and Defendant have resolved Plaintiff's claims against Defendant, and stipulate to the dismissal of all claims and this lawsuit with prejudice. This Stipulation is binding, non-revocable and is intended by Plaintiff and Defendant to be effective upon filing.

AGREED:

Respectfully submitted,

By:__/x/ Ashok Bail_____
     Ashok Bail
     State Bar No. 24043541
3120 Southwest Freeway, Suite 450

---

[1] Effective October 9, 2008, Dolgencorp, Inc. was converted to a limited liability company and is now Dolgencorp, LLC. "Dolgencorp, Inc., d/b/a/ Dollar General" was incorrectly identified by Plaintiff. Dolgencorp, LLC does not operate any stores in Texas and is, therefore, not Plaintiff's former employer and is not a proper party Defendant. Moreover, Dolgencorp, LLC does not do business as Dollar General, instead, Dollar General is merely a trade name. However, Dolgencorp, LLC does not oppose this agreed dismissal, and to the extent necessary under Rule 41, joins in the dismissal.

        Houston, Texas 77098
        Telephone:  (713) 255-1088
        Facsimile:  (832) 263-0616
        Ashok_Bail@yahoo.com

**ATTORNEY-IN-CHARGE FOR PLAINTIFF**


By:    /s/ MELISSA M. HENSLEY
       Melissa M. Hensley
       State Bar No. No. 00795069
**MORGAN, LEWIS & BOCKIUS LLP**
1717 Main Street
Suite 3200
Dallas, TX 75201-7347
melissa.hensley@morganlewis.com
Telephone: 214.466.4000
Facsimile: 214.466.4001

**ATTORNEY FOR DEFENDANT**

## CERTIFICATE OF SERVICE

     This is to certify that a true and correct copy of Plaintiff and Defendant's Agreed Stipulation of Dismissal With Prejudice has been forwarded via e-filing and/or facsimile in compliance with Rule 5 of the Federal Rules of Civil Procedure on this 11th day of April, 2014 to:

Mr. Ashok Bail
3120 Southwest Freeway, Suite 450
Houston, Texas 77098

                                 /s/ MELISSA M. HENSLEY